# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

V.                          NO. 4:13CR00054-001 SWW

STEVEN ALLEN LEWIS                                           DEFENDANT

### ORDER

Pending before the Court is defendant's pro se motion for early termination of supervised release. The Court has been advised by the probation office that defendant appears to be an appropriate candidate for early termination. The government has responded that while defendant has done well, the underlying offense is a serious one and has requested that defendant's motion be denied at this time. The Court has considered defendant's motion and the responses of the government and the probation office and finds that this motion should be denied at this time but without prejudice for defendant to renew his motion closer to the expiration of his supervision.

IT IS THEREFORE ORDERED that defendant's motion for early termination of supervised release [doc #3] be, and it is hereby, ***DENIED***.

DATED this 14th day of August 2013.

/s/Susan Webber Wright
United States District Judge